UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE MORENO and AARON DUMAS, individually and on behalf of other persons similarly situated who were employed by SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br>- against -<br><br>SONY MUSIC ENTERTAINMENT, and/or any other entities affiliated with or controlled by SONY MUSIC ENTERTAINMENT,<br><br>Defendants. | Case No. 13  Civ. 5708 (GBD)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Lloyd R. Ambinder, the exhibits annexed thereto, and the Memorandum of Law in Support, the undersigned will move this Court before United States District Judge George B. Daniels, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a return date set by the Court, to permit Court authorized notification to members of the putative collective pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
           April 2, 2014

VIRGINIA & AMBINDER, LLP

/s/ Lloyd R. Ambinder, Esq.
LaDonna M. Lusher, Esq.
Suzanne B. Leeds, Esq.
111 Broadway, Suite 1403
New York, New York 10006
Tel:    (212) 943-9080
Fax:   (212) 943-9082
lambinder@vandallp.com

                                LEEDS BROWN LAW, P.C.
                                Jeffrey K. Brown, Esq.
                                Daniel H. Markowitz, Esq.
                                Michael A. Tompkins, Esq.
                                One Old Country Road, Suite 347
                                Carle Place, New York 11514
                                Tel:     (516) 873-9550
                                jbrown@leedsbrownlaw.com

                                *Attorneys for Plaintiffs and the Putative Collective*

To:     PROSKAUER ROSE LLP
        Elise Bloom, Esq.
        Mark Batten, Esq.
        Alison Langlais, Esq.
        Eleven Times Square
        New York, New York 10036
        Tel: (212) 969-3410
        Fax: (212) 969-2900
        ebloom@proskauer.com

        *Attorneys for Defendants*