UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE MORENO and AARON DUMAS, individually and on behalf of other persons similarly situated who were employed by SONY MUSIC ENTERTAINMENT,<br><br>                                                  Plaintiffs,<br><br>- against -<br><br>SONY MUSIC ENTERTAINMENT, and/or any other entities affiliated with or controlled by SONY MUSIC ENTERTAINMENT,<br><br>                                                  Defendants. | Case No. 13 Civ. 5708 (GBD)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT and COUNSELORS:

    Please take notice that the undersigned hereby appears as attorneys for Plaintiffs in the above captioned action, and demands that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

Dated:  New York, New York
        August 6, 2014

                        VIRGINIA & AMBINDER, LLP

                    By: s/Kara S. Miller
                        Kara S. Miller, Esq.
                        40 Broad Street, 7th Floor
                        New York, New York 10004
                        Tel: (212) 943-9080
                        Fax: (212) 943-9082
                        kmiller@vandallp.com