UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE MORENO and AARON DUMAS, etc., | Case No. 13 Civ. 5708 (GBD) |
| Plaintiffs, | |
| - against - | **NOTICE OF MOTION** |
| SONY MUSIC ENTERTAINMENT, and/or any other entities affiliated with or controlled by SONY MUSIC ENTERTAINMENT, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, Affirmation of LaDonna M. Lusher, sworn to on December 22, 2015, and all exhibits attached hereto, and upon all prior pleadings and proceedings herein, the undersigned will respectfully move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable George B. Daniels for Plaintiffs' Motion for an Order approving this settlement pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Dated: New York, New York
       December 22, 2015

_____/s/_____
LaDonna M. Lusher, Esq.
VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, New York 10004
Tel:    (212) 943-9080
llusher@vandallp.com
*Attorney for Plaintiffs*